```
 1                      CAUSE NO. 03-217-CCL
 2
 3   LANDON LEON GROFF                )    IN THE COUNTY COURT
                                      )
 4   vs.                              )
                                      )
 5   GENERAL MOTORS CORPORATION       )    AT LAW
     AND CAVENDER BOERNE ACQUISITION  )
 6   OF TEXAS, LTD, D/B/A CAVENDER    )
     CHEVROLET                        )
 7   _____/      KENDALL COUNTY, TEXAS
 8
 9              The video-taped deposition of KIM EWING, a
10   witness in the above-entitled matter, taken before me, Laura
11   T. Krystopowicz (CSR-5882), a Notary Public, at The Dearborn
12   Inn, 20301 Oakwood Boulevard, Dearborn, Michigan, on Friday,
13   August 20, 2004, commencing at or about 9:07 a.m.
14
15   APPEARANCES:
16   Wigington Rumley, LLP
     BY:  JEFFREY G. WIGINGTON
17        800 North Shoreline
          14th Floor - South Tower
18        Corpus Christi, Texas 78401
19              Appearing on behalf of Plaintiff
20   Hartline, Dacus, Barger, Dreyer & Kern, LLP
     BY:  SEAN R. FITZGIBBONS
21        6688 North Central Expressway
          Suite 1000
22        Dallas, Texas 75206
23              Appearing on behalf of Defendants
24   VIDEO TECHNICIAN:
          James Walker, Reitman Video Specialists
25             (248) 344-4271                        FREELANCE
COURT REPORTERS, INC.
              FREELANCE(586)T779-1800RS, INC.
```

Exhibit B

1    10 to 14%.  So, yes, there were a number of ejections
2    and General Motors was indeed looking at ways to
3    improve our door locks and looking at alternative
4    glazing materials to help mitigate occupant ejections.
5    We were indeed studying that.
6              (Discovery Exhibit No. 33
7              marked for identification.)
8    Q    (BY MR. WIGINGTON):  In fact, in Discovery Exhibit 33,
9    the president of General Motors responds to the federal
10   government and it says, "We will continue to
11   aggressively pursue solutions to a number of the
12   complex issues you raise.  Automotive design for safety
13   is and always has been a priority at General Motors",
14   correct?
15   A    Very true.  Yes, that's correct.
16   Q    Once again, a clear expression of your -- the
17   philosophy of the company?
18   A    Yes.
19             (Discovery Exhibit No. 34
20             marked for identification.)
21   Q    (BY MR. WIGINGTON):  Let me show you what's been marked
22   as Discovery Exhibit 34.  Can you tell me what that
23   document is?
24   A    This is a laboratory test outline for test L16878 dated
25   September 14th, '83.

1   Q   And what's going on there?  What kind of test is
2       occurring?
3   A   This is the -- for the development of the 1987, which
4       became the 1988 C/K truck.  And it's a roof crush, roof
5       crusher test that was so-called invented by an engineer
6       at the time.  His name was Ivars Arums.
7           MR. FITZGIBBONS:  Jeff, if we're going to get
8       into another area, could we take a break at some point
9       and grab some lunch?  It's 12:30 right now.
10          MR. WIGINGTON:  This is all I've got left.
11          MR. FITZGIBBONS:  Okay.
12          MR. WIGINGTON:  In this area.
13  Q   (BY MR. WIGINGTON):  That was a test that was
14      recognized as a reliable test by General Motors?
15  A   I wouldn't say it was recognized.  It was Ivars who was
16      charged to look at ways to understand how occupant
17      ejections occurred through side glazing.  So, he
18      invented this 38 crusher test.  He actually proposed
19      various angles.  But for some reason, this 38 degrees,
20      which is really 52 degrees if you think of it as the 25
21      degrees in the 216 test, but he thought of this test as
22      a way to put a side load on the side of the cab
23      structure and determine what level of body and roof
24      deformation would cause the glazing to fracture and,
25      therefore, creating an exit portal for an occupant.

1  Q  And it was a test utilized by General Motors?
2  A  It was a test utilized only by this '87 C/K truck
3     program for the specific purpose of looking at occupant
4     ejection mitigation.
5  Q  And the top page of this document it says, "Roof crush
6     C/K cab", and then it lists a protocol?
7  A  Yes, it does.
8           (Discovery Exhibit No. 35
9            marked for identification.)
10 Q  (BY MR. WIGINGTON): Let me show you the next document,
11    which is Discovery Exhibit 35. What is that?
12 A  This is a laboratory test outline for test L17279 dated
13    November 28th, 1983 also done as part of the 1987 C/K
14    truck development program.
15          (Discovery Exhibit No. 36
16           marked for identification.)
17 Q  (BY MR. WIGINGTON): Let me show you Discovery Exhibit
18    36. A document dated 4/25/86 titled, "Government
19    letter", and it discussed a 1985 Buick Riviera two-door
20    coupe vehicle failed to meet the specified roof crush
21    load of 5,000 pounds within five inches of the test
22    device; do you see that?
23 A  Yes, I see that. And there was also a response by G.M.
24    to that letter from the government.
25 Q  All right. It's a serious situation if the vehicle is